USCA1 Opinion

 

 June 15, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-1021 DAVID W. EISENBERG, Plaintiff, Appellant, v. ROBERT MCDONNELL, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. William G. Young, U.S. District Judge] ___________________ ____________________ Before Torruella, Cyr and Stahl, Circuit Judges. ______________ ____________________ David W. Eisenberg on brief pro se. __________________ ____________________ ____________________ Per Curiam. The orders of the district court that __________ are the subject of this appeal are affirmed. Plaintiff- ________ appellant David Eisenberg's brief offers no argument in support of this appeal, instead raising irrelevant challenges to this court's actions in prior appeals filed by him. In any event, we see no error in the district court's orders.